UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN LEMIEUX,

        Plaintiff,

Case No.  17-12339

HONORABLE AVERN COHN

v.

EXXON MOBIL CORPORATION,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order entered on January 24, 2019, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: January 24, 2019

By: s/Marie Verlinde
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 24, 2019, by electronic and/or ordinary mail.

s/Marie Verlinde
Case Manager, (313) 234-5160